22 So.3d 845 (2009)
Paula LOVETT, Appellant,
v.
STATE of Florida, DEPARTMENT OF FINANCIAL SERVICES and Division of Risk Management, Appellees.
No. 1D09-2259.
District Court of Appeal of Florida, First District.
December 1, 2009.
Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.
Hinda Klein and Kristen A. Tajak of Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A., Hollywood, for Appellees.
PER CURIAM.
AFFIRMED. See Hamilton v. R.L. Best Int'l, 996 So.2d 233 (Fla. 1st DCA 2008).
HAWKES, C.J., BENTON and THOMAS, JJ., concur.